UNITED STATES DISTRICT COURT CASE NO. 1:19-cv-08413-CM
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

 Plaintiff, ORDER CONFIRMING
 MASTER'S REPORT OF SALE

 -vs-

Public Administrator of Bronx County, as Administrator
of the Estate of Mary Fleming aka Mary E. Fleming aka
Mary Elizabeth Fleming aka Mary Elizabeth Terry Fleming,
deceased; Roy Fleming, Jr.; Gina Moore; Lavon R. Dirickson;
Joseph H. Fleming; Lateefah Shariene Fleming; Terilyn
Fleming; United States of America o/b/o Internal Revenue
Service; New York State Department of Taxation and Finance;
New York City Environmental Control Board; New York City
Department of Finance Parking Violations Bureau; New York
City Transit Adjudication Bureau; Taviana George;

 Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2023
```

**UPON** reading the Report of Joseph T. Jednak, the Master appointed in the Judgment of Foreclosure and Sale entered on June 22, 2022 to sell the mortgaged premises therein described, and said Master's Report being duly sworn to on September 19, 2022 and upon the Judgment of Foreclosure and Sale, and upon all other pleadings and proceedings has herein,

NOW, ON MOTION of Manfredi Law Group, PLLC attorney for plaintiff, it is

ORDERED, ADJUDGED, and DECREED that the Report of the Master Joseph T. Jednak filed on December 21, 2022 be and hereby is in all respects ratified and confirmed.

 _____
 Hon. Colleen McMahon

ENTERED:
1-3-2023